IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA PAYNE, | Civil No. 3:21-cv-1305 |
| Plaintiff | (Judge Mariani) |
| v. | |
| CHARLES BUTTS, *et al.*, | |
| Defendants | |

**ORDER**

**AND NOW,** this 16th day of December, 2021, upon consideration of Plaintiff's motion (Doc. 6) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 6) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge