IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA PAYNE, | : | Civil No. 3:21-cv-1305 |
| Plaintiff | : | |
| v. | : | (Judge Mariani) |
| CHARLES BUTTS, *et al.*, | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 14th day of June, 2022, upon consideration of the Corrections Defendants' motion (Doc. 19) to dismiss, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 19) is **GRANTED**. The complaint (Docs. 18, 18-1) is **DISMISSED**.

2. The action against Jody Smith, Elisha Friendman, and Maryann Robbins is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge